No. 41730.—Protest 86989–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and hats like the articles the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41731.—Protest 38541–G of Fred'k Loeser & Co. (New York).

Opinion by Tilson, J. From the record it was found that certain of the merchandise consists of laces embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41732.—Protest 15167–G of Abraham & Straus (New York).

Opinion by Tilson, J. The record established that certain items consist of embroidered laces and articles embroidered in part of lace like those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41733.—Protests 768503–G (A), etc., of Thos. Wilson & Co. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41734.—Protests 720089–G, etc., of Reichenbach & Co., Inc., et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.